**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RANDAL N. ROWSEY,

    Plaintiff,

vs.                                          CASE NO. 6:06-CV-1427-ORL-19KRS

STATE OF FLORIDA, COCOA CITY
POLICE, COCOA BEACH CITY POLICE,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed September 29, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** Plaintiff's Complaint (Doc. No. 1, filed September 18, 2006) is **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted. Furthermore, the Application to Proceed Without Prepayment of Fees (Doc. No. 2, filed September 18, 2006) is **DENIED without prejudice.** Plaintiff has ten (10) days from the date of this Order to file an Amended Complaint which comports with the Report and Recommendation of the U.S. Magistrate Judge at Docket Number 3.

**DONE AND ORDERED** at Orlando, Florida, this ____18th____ day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record
Randal N. Rowsey